BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Gregory F. Vizza (*pro hac vice to be filed*)
Vizza@BlankRome.com
Matthew E. Kaslow (*pro hac vice to be filed*)
MKaslow@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:    215.569.5500
Facsimile:    215.569.5555

*Attorneys for Appellant,*
*Bimbo Bakeries USA, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**Svenhard's Swedish Bakery**<br>            Debtor.<br><br>**Bimbo Bakeries USA, Inc.**<br>            Appellant,<br><br>v.<br><br>**Svenhard's Swedish Bakery,**<br>            Appellee. | District Court Case Number<br>NO. **2:21-CV-00715-TLN**<br><br>Bankruptcy Court Case Number<br>NO. **19-15277-C-11**<br><br>Adversary Proceeding Number<br>NO. **2:20-ap-1019**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE IN BANKRUPTCY APPEAL** |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for Appellant Bimbo Bakeries USA, Inc. ("Bimbo") to file its opening brief and excerpts of record (the "Opening

1

Brief") shall be extended from June 28, 2021, to September 10, 2021. All other deadlines in the Briefing Schedule shall be calculated from the service of Bimbo's Opening Brief and the service of any other briefs filed thereafter according to the respective time periods originally set forth in the Court's *Briefing Schedule in Bankruptcy Appeal* [Docket No. 4].

Dated: June 21, 2021

_____
Troy L. Nunley
United States District Judge