BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Cheryl.Chang@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Gregory F. Vizza
Gregory.Vizza@BlankRome.com
Matthew E. Kaslow
Matt.Kaslow@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:   215.569.5500
Facsimile:    215.569.5555

*Attorneys for Appellant,*
*Bimbo Bakeries USA, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>**SVENHARD'S SWEDISH BAKERY**<br>Debtor.<br><br>**BIMBO BAKERIES USA, INC.**<br>Appellant,<br><br>v.<br><br>**SVENHARD'S SWEDISH BAKERY,**<br>Appellee. | District Court Case Number<br>NO. **2:21-CV-00715-TLN**<br><br>Bankruptcy Court Case Number<br>NO. **19-15277-C-11**<br><br>Adversary Proceeding Number<br>NO. **2:20-ap-1019**<br><br>**ORDER OF VOLUNTARY REMAND FOR LIMITED PURPOSE OF APPROVING SETTLEMENT** |

## ORDER

Upon consideration of the parties' Joint Stipulation of Voluntary Remand for Limited Purpose of Approve Settlement [Dkt. No. 9] ("Stipulation") and good cause appearing, it is hereby ordered that the Stipulation and all of its terms are **APPROVED** and incorporated herein as if fully

1

set forth herein, and this action is **REMANDED** to the United States Bankruptcy Court for the Eastern District of California for the limited purpose of approving the Settlement.[1] The clerk shall take steps to remand this action to the Bankruptcy Court for such limited purpose. The District Court shall retain jurisdiction over the Appeal for all other purposes and in accordance with the terms of the Stipulation. Each party shall bear its own fees and costs incurred in connection with this Appeal.

**IT IS SO ORDERED**

Dated: October 6, 2021

Troy L. Nunley
United States District Judge

---

[1] Capitalized terms in this Order shall have the meaning ascribed to them in the Stipulation.